Susan St. Vincent

Acting Legal Officer

NATIONAL PARK SERVICE

Legal Office

P.O. Box 517

Yosemite, California  95389

Telephone:  (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>EDUARDO CERNA,<br><br>　　　　　Defendant. | No.  6:13-MJ-0047-MJS<br><br>STIPULATION TO CONTIUE STATUS CONFERENCE; AND ORDER THEREON |

　　　　IT IS HEREBY STIPULATED by and between Susan St. Vincent, the acting legal officer for the National Park Service, and Defendant Eduardo Cerna, by and through his attorney of record, Carol Ann Moses, that the Status Conference in the above-captioned matter set for September 17, 2013 shall be continued to October 22 2013 at 10:00 a.m.

1

The government officer handling the matter has an unavoidable conflict on the current date.

Dated:  September 11, 2013          /S/ Susan St. Vincent
                                    Susan St. Vincent
                                    Acting Legal Officer
                                    Yosemite National Park


Dated:  September 11, 2013          /S/ Carol A. Moses
                                    Carol A. Moses
                                    Attorney for Defendant
                                    Eduardo Cerna


**ORDER**

For good cause shown, the Court accepts and adopts the above Stipulation and ORDERS that the September 17, 2013, Status Conference for Eduardo Cerna,  case number 6:13-MJ-00-47-MJS, is hereby  continued to October 22, 2013 at 10:00 a.m.

IT IS SO ORDERED.

Dated:   September 12, 2013         /s/ *Michael J. Seng*
                                    UNITED STATES MAGISTRATE JUDGE

2